■ CITY OF NIAGARA FALLS, Appellant, v SIMPSON, GUMPERTZ & HEGER, Respondent. — Order unanimously affirmed, with costs, for reasons stated in memoranda dated December 29, 1982 and September 7, 1983, at Special Term, Ostrowski, J. (Appeal from order of Supreme Court, Niagara County, Ostrowski, J. — dismiss complaint.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and O'Donnell, JJ.